# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

135157

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD LEE WHITE,
      Defendant-Appellant.

SC: 135157
COA: 280450
Wayne CC: 04-003180-01

_____/

      On order of the Court, the application for leave to appeal the October 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

l0123